IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STACEY JONES,<br>Plaintiff<br><br>v.<br><br>GLENMEDE TRUST CO. et al.,<br>Defendants | CIVIL ACTION<br><br>NO. 20-5705 |
|---|---|

## ORDER RE: PARTIAL MOTION TO DISMISS

**AND NOW,** this 22nd day of June, 2021, upon consideration of Defendants' Partial Motion to Dismiss (ECF 12), as well as Plaintiff's Opposition (ECF 13) and Defendants' Reply thereto (ECF 14) and the parties' arguments at their June 9, 2021 hearing (ECF 16), and for the reasons given in the accompanying Memorandum, it is hereby **ORDERED**:

- The Court **DENIES** the Motion to Dismiss as to Count Two;

- The Court **GRANTS** with prejudice the Motion to Dismiss as to Plaintiff's pre-Window[1] untimely allegations in Counts One, Three, and Seven;

- The Court **GRANTS** without prejudice the Motion to Dismiss as to Counts One, Three, and Seven, with leave to file an Amended Complaint within fourteen (14) days; and

- The Court otherwise **DENIES** the Motion to Strike as to Counts One, Three, and Seven.

                                **BY THIS COURT:**

                                /s/ MICHAEL M. BAYLSON

                                **MICHAEL M. BAYLSON**
                                **United States District Court Judge**

---

[1] As relevant here, the 300-day window for notice to the EEOC ("Window") is from July 24, 2019, to May 19, 2020.

O:\CIVIL 20\20-5705 Jones v. Glenmede Trust\20cv5705 order on mtd.docx